EXHIBIT K

| Claim | Analysis re U.S. Patent No. 9,395,917 |
|---|---|
| [1.P] A virtual bezel display screen suitable for use as part of an electronic device, said display screen comprising: | Subaru vehicles with the Starlink infotainment system introduced in 2020 (e.g., the Subaru Outback, Crosstek, and Ascent) include a virtual bezel display screen suitable for use as part of an electronic device.<br><br>For example, such Subaru vehicles include an infotainment system ("electronic device") comprising a touchscreen ("display screen"). As shown in the screenshot below, the touchscreen includes a virtual bezel area located at the top and bottom of the screen. |

1

|  | https://www.youtube.com/watch?v=_uLfKRrzcio |
|---|---|
| [1.1] a virtual bezel area, said virtual bezel area having a touchscreen layer with a first mode of response to a first set of touch-based inputs from a user of said virtual bezel display screen, said virtual bezel area functioning to display a first portion of content on said virtual bezel display screen; | The virtual bezel display screen includes a virtual bezel area, said virtual bezel area having a touchscreen layer with a first mode of response to a first set of touch-based inputs from a user of said virtual bezel display screen, said virtual bezel area functioning to display a first portion of content on said virtual bezel display screen.<br><br>For example, the touchscreen includes a virtual bezel region located at the top and/or bottom of the active touchscreen region that a user can interact with. |

2

<a>
</a>



3



4



5



| | <br><br>https://www.youtube.com/watch?v=qraok96a7Hs |
|---|---|
| [1.2] an active touchscreen region substantially disposed within said virtual bezel area, said active touchscreen region | Such Subaru vehicles include an active touchscreen region substantially disposed within said virtual bezel area (e.g., the area displaying the map in the screenshot below), said active touchscreen region having a touchscreen layer with a second mode of response to said first set of touch-based inputs from the user of said virtual bezel display screen (e.g., responses relating to interaction with the map), said active touchscreen region functioning to display a second portion of said content on said virtual bezel display screen (e.g., the map in the screenshot below). |

7

| | |
|---|---|
| having a touchscreen layer with a second mode of response to said first set of touch-based inputs from the user of said virtual bezel display screen, said active touchscreen region functioning to display a second portion of said content on said virtual bezel display screen; and | <br>https://www.youtube.com/watch?v=_uLfKRrzcio |
| [1.3] a gestural software application in communication with said virtual bezel display screen, said gestural | Such Subaru vehicles include a gestural software application in communication with said virtual bezel display screen, said gestural software application functioning to produce said first mode of response in said virtual bezel area, wherein said first mode of response is configured to selectively interpret touch-based inputs as intentional user input intended to affect the display of the second portion of the content on the active touchscreen region. |

8

| | |
|---|---|
| software application functioning to produce said first mode of response in said virtual bezel area, wherein said first mode of response is configured to selectively interpret touch-based inputs as intentional user input intended to affect the display of the second portion of the content on the active touchscreen region. | For example, as discussed above, the touchscreen allows the user to provide touch inputs on the virtual bezel. It is apparent that the touchscreen comprises a gestural software application, in the form of firmware, which communicates with the virtual bezel display screen and interprets the gesture inputs to provide a response by displaying information ("first mode of response") related to the soft buttons displayed in the virtual bezel.<br><br> |

9



10



11



12



https://www.youtube.com/watch?v=qraok96a7Hs

Moreover, the first mode of response is configured to selectively interpret touch-based inputs as intentional user input intended to affect the display of the second portion of the content on the active touchscreen region. For example, the user may provide a gesture input such as a "pinch" gesture in the active touchscreen region for intentionally changing ("affect") the content displayed in the active touchscreen region. The gesture may initiate in the active touchscreen region and may pass through and/or terminate in the virtual bezel area. When that occurs, the touchscreen's firmware is configured to interpret the gesture detected in the virtual bezel area as an

13

| | intentional user input intended to affect the display of the active touchscreen region. As a result, the gesture affects the display of content on the active touch screen region ("second portion of the content") in the active touchscreen region.<br><br><br><br>https://www.youtube.com/watch?v=_uLfKRrzcio |
|---|---|

14



https://www.youtube.com/watch?v=5Bv1yLdIYaQ

15

| | |
|---|---|
| | **TOUCH SCREEN GESTURES**<br><br>Operations are performed by touching the touch screen directly with your finger.<br><br>[Table of touch gestures: Touch (Quickly touch and release once) — Changing and selecting various settings; Double Touch with one finger*¹ (Quickly touch and release twice with one finger) — Enlarging the scale of the map screen; Drag*² (Touch the screen with your finger, and move the screen to the desired position) — Scrolling the lists, Scrolling the map screen*¹; Drag with two fingers*¹ (Touch the screen with two fingers and move the displayed screen as desired) — Changing the displayed angle of the 3D map screen]<br><br>[Second table: Swipe*² (Quickly move the screen by swiping with your finger) — Scrolling the lists, Scrolling the map screen*¹; Pinch*¹ (Move your two fingers further apart (pinch-out) to zoom in the map. Move your two fingers closer together (pinch-in) to zoom out the map.) — Changing the scale of the map screen]<br><br>https://cdn.subarunet.com/stis/doc/ownerManual/MSA5M2211A_STIS.pdf at 66-67. |
| 2. The virtual bezel display screen according to claim 1, wherein said gestural software application functions to | The gestural software application of the virtual bezel display screen functions to produce said second mode of response in said active touchscreen region.<br><br>For example, the navigation-related information displayed in the active touchscreen region is produced based on user interaction with the active region. |

16

| | |
|---|---|
| produce said second mode of response in said active touchscreen region. | <br>https://www.youtube.com/watch?v=5Bv1yLdIYaQ |
| 4. The virtual bezel display screen according to claim 1, wherein a touch-based input from a second set of touch-based inputs originating in said | Such Subaru vehicles include a virtual bezel display screen wherein a touch-based input from a second set of touch-based inputs originating in said active touchscreen region and terminating in said virtual bezel area is processed as a touch-based input from said second set of touch-based inputs. |

17

| | |
|---|---|
| active touchscreen region and terminating in said virtual bezel area is processed as a touch-based input from said second set of touch-based inputs. | For example, the user may originate a two-finger zoom-out gesture in the active touchscreen region and terminate that gesture in the virtual bezel area, which the virtual bezel display screen processes as a touch-based input intended to affect the content on the active touchscreen (e.g., zooming out the map).<br><br><br><br>https://www.youtube.com/watch?v=5Bv1yLdIYaQ |

18