**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ONSCREEN DYNAMICS, LLC,<br>*Plaintiff*,<br>v.<br>SONIC AUTOMOTIVE, INC., SHERMAN HY, LLC, SAI MCKINNEY M, LLC, and BONHAM CHR, LLC,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00710-JRG<br>(Lead Case) |
| ONSCREEN DYNAMICS, LLC,<br>*Plaintiff*,<br>v.<br>SEWELL AUTOMOTIVE COMPANIES, INC., UDM COMPANY, LLC, UDM2 COMPANY, LLC, and DFW RINGS, LLC,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00709-JRG<br>(Member Case) |

**ORDER**

Before the Court is the Joint Stipulated Dismissal Between Plaintiff and Defendants in Case No. 2:24-cv-709-JRG (the "Stipulation"). (Dkt. No. 61.) In the Stipulation, the Parties agree to dismiss with prejudice under Rule 41(a)(1)(A)(ii) "all claims in Member Case No. 2:24-cv-709-JRG, with all attorneys' fees, costs of court and expenses borne by the party incurring same." (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims asserted in the above-captioned Member Case No. 2:24-cv-00709-JRG are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned Member Case No. 2:24-cv-00709-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Lead Case No. 2:24-cv-00710-JRG and Member Case No. 2:24-cv-00709-JRG.

**So ORDERED and SIGNED this 21st day of February, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE